## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
         Plaintiff,

vs                                     CASE NO: 3:01cr21-002

CHARLOTTE TROVILLO,
         Defendant.
_____/

## ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 Motion  advising that a reduction in defendant's sentence may be warranted by her cooperation and substantial assistance since her sentencing.  The Court finds that a reduction is proper to reward her cooperation and significant assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced from 78 months to 55 months.  In all other respects, the original sentence imposed on 23 October 2001 shall remain unchanged.

**ORDERED** this13th day of June 2005.


                         s/*L. A. Collier*
                         LACEY A. COLLIER
             Senior United States District Judge